No. 560. EDWARD FLICKINGER, PETITIONER, *v.* THE UNITED STATES. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth

Circuit denied. *Mr. Edward T. Powell, Mr. Thomas E. Powell* and *Mr. Charles W. Baker* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.